In the Matter of CARRIE B. and Others, Infants. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID B., SR., Appellant. [700 NYS2d 896] —Order unanimously affirmed without costs for reasons stated in decision at Niagara County Family Court, Crapsi, J. (Appeal from Order of Niagara County Family Court, Crapsi, J.—Terminate Parental Rights.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.